## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| APRIL RICHESIN,<br>     Plaintiff,<br><br>v.<br><br>GE CAPITAL RETAIL BANK,<br>     Defendant. | )<br>)<br>)   Case No. 13-CV-00029<br>)<br>)<br>)   **Hon. Joseph Van Bokkelen**<br>)<br>)<br>) |

## NOTICE OF PENDING SETTLEMENT

Defendant GE Capital Retail Bank ("GECRB"), by and through its attorneys, hereby notifies the Court that Plaintiff April Richesin and GECRB have reached a provisional settlement of this matter.

Accordingly, GECRB's pending Motion to Dismiss (D.E. 13), if granted, would be mooted by the parties' settlement.

The parties will finalize the settlement agreement and submit dismissal papers, as appropriate.

Dated: February 6, 2014

Respectfully submitted,

/s/  Timothy R. Carraher
Henry Pietrkowski
Kevin D. Tessier
Timothy R. Carraher
**REED SMITH LLP**
10 South Wacker Drive
Chicago, IL 60606
*hpietrkowski@reedsmith.com*
*ktessier@reedsmith.com*
*tcarraher@reedsmith.com*
(312) 207-1000 (Office)
(312) 207-6400 (Fax)

*Attorneys for Defendant GE Capital Retail Bank*

- 2 -

## CERTIFICATE OF SERVICE

I, Timothy R. Carraher, an attorney, hereby certify that on February 6, 2014, I caused a true and correct copy of this *Notice of Pending Settlement* to be served upon counsel of record via the Court's ECF system:

Melissa Wilkes
PEARLMAN, CHOSNEK & HOPSON, P.C.
P.O. Box 708
Lafayette, IN 47902
*mwilkes@chosneklaw.com*


                                  /s/ Timothy R. Carraher