UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **APRIL RICHESIN,** | ) |
| Plaintiff, | ) CASE NO. 4:13-cv-00029-JVB-PRC |
| v. | ) **NOTICE OF STIPULATION OF DISMISSAL** |
| **GE CAPITAL RETAIL BANK** | ) |
| Defendant. | ) |

Plaintiff April Richesin, along with Defendant, hereby provide notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice.

**IT IS SO STIPULATED.**

Dated: March 26, 2014        By:   /s/Melissa Wilkes

WILKES LAW FIRM
Melissa Wilkes
200 Ferry Street, Suite D
Lafayette, IN 47901
mwilkes@wilkes-law.com e-mail

By:/s/Henry Pietrkowski

REED SMITH LLP
Henry Pietrkowski
10 S. Wacker Drive, 40th Floor
Chicago, IL 60606
hpietrkowski@reedsmith.com